UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>  Marlean T Cotton<br><br>  Debtor(s) | Case No. 12 B 39851 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/08/2012.

2) The plan was confirmed on 01/10/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/10/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Converted on 03/07/2014.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,024.64 |
| Less amount refunded to debtor | $110.77 |
| **NET RECEIPTS:** | **$3,913.87** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,235.93 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $167.87 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,403.80** |

Attorney fees paid and disclosed by debtor:   $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Accelerated Financial (Original Creditor) | Unsecured | 642.00 | NA | NA | 0.00 | 0.00 |
| Accounts Receivable Ma (Original Credito | Unsecured | 583.00 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. (Original Creditor:Mci) | Unsecured | 636.00 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. (Original Creditor:Sage Telco | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 0.00 | 381.54 | 381.54 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 0.00 | 127.18 | 127.18 | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | NA | 698.10 | 698.10 | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 0.00 | 3,297.11 | 3,297.11 | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 600.00 | 488.00 | 488.00 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 948.00 | 977.52 | 977.52 | 0.00 | 0.00 |
| Credit Management (Original Creditor:Co | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se (Original Credito | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L (Original Credit | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| Focus Mgmt (Original Creditor:11 Directv | Unsecured | 576.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 104.00 | 104.54 | 104.54 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 47.80 | 47.80 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 240.00 | 178.00 | 178.00 | 0.00 | 0.00 |
| Imc Credit Services (Original Creditor:M | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| Indiana Finance Company | Secured | 5,854.00 | 6,281.35 | 5,854.00 | 290.98 | 219.09 |
| Indiana Finance Company | Unsecured | 0.00 | 427.35 | 427.35 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 279.39 | 279.39 | 0.00 | 0.00 |
| Kohner Prop (Original Creditor:Lexington | Unsecured | 765.00 | NA | NA | 0.00 | 0.00 |
| Midwest Emergency Associates | Unsecured | NA | 122.70 | 122.70 | 0.00 | 0.00 |
| Miramedrg (Original Creditor:Medical) | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin/99 (Original Creditor:Sage Telec | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | NA | 1,039.91 | 1,039.91 | 0.00 | 0.00 |
| Southwest Recovery | Unsecured | 0.00 | 10,594.00 | 10,594.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Southwest Recovery | Unsecured | 10,594.00 | 10,594.00 | 10,594.00 | 0.00 | 0.00 |
| Virtuoso Sourcing Grou (Original Credito | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,854.00 | $290.98 | $219.09 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,854.00** | **$290.98** | **$219.09** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $178.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$178.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$29,279.14** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,403.80 |
| Disbursements to Creditors | $510.07 |
| **TOTAL DISBURSEMENTS :** | **$3,913.87** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/04/2014            By: /s/ Marilyn O. Marshall
                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**